United States District Court
for the District of New Jersey

_____
                                           :
**USA**                                    :
                                           :
                                           :   Crim. No. 11-169
          Plaintiff                        :
                                           :
          vs.                              :   Order of Reassignment
                                           :
**BRUCE KERNAN**                           :
                                           :
          Defendant                        :
_____:

It is on this 11th day of September 2012,

O R D E R E D that the entitled action is reassigned

from Judge William J. Martini to Judge Dennis M. Cavanaugh.


                                    S/Jerome B. Simandle
                                    Jerome B. Simandle, Chief Judge
                                    United States District Court